THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NASSAU COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. Nassau Co.* v. *Miller,* 90 App. Div. 618, affirmed.
(Argued May 30, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1904, which confirmed a determination of the defendant refusing to revise an assessment against the relator of a franchise tax for the year ending October 31, 1901.

*Francis D. Pollak* for appellant.

*Julius M. Mayer, Attorney-General,* for respondent.

Order affirmed, with costs, on authority of *People ex rel. Wall & Hanover St. Realty Co.* v. *Miller* (181 N. Y. 328).

Concur: BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J., GRAY and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NORTH AMERICAN COMPANY, Appellant, *v.* NATHAN L. MILLER, as Comptroller of the State of New York, Respondent.

*People ex rel. North American Co.* v. *Miller,* 90 App. Div. 660, affirmed.
(Argued May 30, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1904, which confirmed a determination of the defendant assessing a franchise tax and license fee against the relator.

*Francis D. Pollak* for appellant.

*Julius M. Mayer, Attorney-General,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.